FILED
MAY 18 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 21-30070-DWD |
| KEAUNO A. CURRY, | ) Title 18, |
| | ) United States Code, |
| Defendant. | ) Sections 922(g) and 924(a)(2). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 15, 2021, in St. Clair County, within the Southern District of Illinois,

**KEAUNO A. CURRY**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, Assault, in St. Louis City Circuit Court in case number 1822-CR00024-01, did knowingly possess a firearm, that is; a Springfield, Model XD, 9mm pistol bearing serial number XD827732 and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant,

**KEAUNO A. CURRY**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in

the knowing commission of the offense, including, but not limited to:

a Springfield, Model XD, 9mm pistol bearing serial number XD827732 and all ammunition contained therein,

all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL**

FOREPERSON

JENNIFER HUDSON
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2021.05.17
12:36:53 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention