IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case. No. 21-cr-30070-DWD |
| vs. ) | |
| ) | |
| KEAUNO A. CURRY ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

**DUGAN, District Judge:**

In this Indictment filed in the above cause on May 18, 2021, the United States sought forfeiture of property of Defendant Keauno A. Curry, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). (Doc. 1) Curry pleaded guilty to Count One of the Indictment on August 11, 2021. (Doc. 24) Upon consideration of his guilty plea, the Court GRANTS the United States' motion for entry of preliminary order of forfeiture (Doc. 29), FINDS that the following property is forfeitable, and ORDERS forfeited the following:

**One Springfield, Model XD, 9mm pistol bearing serial number XD827732, and any and all ammunition contained therein.**

The United States, under the authority of 21 U.S.C. § 853(n)(1), shall "publish notice of the order and of its intent to dispose of the property in such matter as the Attorney General may direct," to provide notice of the forfeiture and of the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall:

- Be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property;
- Be signed by the petitioner under penalty of perjury; and
- Set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States also shall, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as the substitute for the published notice to those persons so notified. Upon the filing a petition alleging the third-party interests in the property, the Court may amend this Order to resolve the claimed third-party interests.

The United States Marshal or property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize and reduce to his possession, if he has not already done so, the above-described property. This Order, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), shall become final with respect to Defendant Curry at the time of his sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time.  This Order shall be made part of the sentence of Defendant Curry and shall be included in the judgment imposed against him.  Although this Order will be final with respect to the defendant at the time of

sentencing, it may be amended with respect to petitions filed by third parties claiming an interest in the subject-matter forfeited property.

The United States may abandon forfeiture of the property by filing notice of the abandonment with the Court.

**SO ORDERED.**

**DATED: September 17, 2021**

_____
**DAVID W. DUGAN**
**United States District Court Judge**