IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 21-cr-30070-DWD |
| | ) |
| KEAUNO A. CURRY, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

**DUGAN, District Judge:**

On September 17, 2021, this Court entered a preliminary order of forfeiture (Doc. 30) against Defendant Keauno A. Curry for the following property, which had been seized from the defendant:

**One Springfield, Model XD, 9mm pistol bearing serial number XD827732, and any and all ammunition contained therein.**

The Court directed the United States to publish notice of the order, the forfeiture, and of the rights of third parties to claim an interest in the forfeited property pursuant to 21 U.S.C. § 853(n). (Doc. 30 at 1).

On January 26, 2022, the United State of America filed a motion seeking an order declaring that the United States has title to the forfeited property clear of any third-party interests pursuant to 21 U.S.C. § 853(n)(7). (Doc. 43). On the same day, the United States filed a motion stating that the forfeited property was stolen property and seeking permission to release it to its true owner. (Doc. 44). The United States has provided a sworn declaration that the notice of forfeiture was posted on an official internet

government forfeiture site for 30 consecutive days, beginning on September 25, 2021, and ending on October 24, 2021. (Doc. 42). No person has filed a petition in this Court pursuant to 21 U.S.C. § 853(n) claiming an interest in the property.

For these reasons, it is **ORDERED** as follows:

(1)  Pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), the Court's preliminary order of forfeiture (Doc. 30) is the final order of forfeiture.

(2)  The Unites States' motion for an order finding no third-party interests (Doc. 43) is **GRANTED**, and pursuant to 21 U.S.C. § 853(n)(7), the United States has clear title to the property that is the subject of the forfeiture order, namely:

> **One Springfield, Model XD, 9mm pistol bearing serial number XD827732, and any and all ammunition contained therein.**

(3)  The United States' motion to release property (Doc. 44) is **GRANTED**, and it may direct the United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives to dispose of the forfeited property by taking "any other action to protect the rights of innocent persons which is in the interest of justice and which is not inconsistent with the provisions of this section," 21 U.S.C. § 853(i)(1), including returning stolen property to the true owner.

**SO ORDERED.**

Dated: February 2, 2022

_____
DAVID W. DUGAN
United States District Judge